UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61017-CIV-ALTONAGA/Seltzer

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

POINTBREAK MEDIA, LLC, *et al.*,

    Defendants.

## FTC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

The Federal Trade Commission ("FTC") hereby discloses the following in compliance with the Court's May 22, 2018 Order Requiring Scheduling Report and Certificates of Interested Parties (ECF No. 36):

    1.    The name of each person, associated person, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    Other than the parties, the court-appointed Temporary Receiver, and the victims listed below in Paragraph 4, the FTC is unaware of any person or entity that has a financial interest in the outcome of this case.

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of proceedings:

    None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4. The name of each victim (individual or corporate) of conduct alleged to be wrongful, including every person who may be entitled to restitution:

All consumers who were injured because of the Defendants' unfair and deceptive acts, as set forth in the Complaint (ECF No. 1), Motion for Temporary Restraining Order ("TRO Motion") (ECF No. 5), and other related filings.  These consumers include, but are not limited to, Yael Swerdlow (PX 6 to TRO Motion); Andy Frazier (PX 7); Angela Lewis (PX 8); Hilarie Blaney (PX 9); Adam Davidson (PX 10); Patricia Rodgers (PX 11); Robert Beattie (PX 12); Michael Damm (PX 13); and Lori Giese (PX 17).  Additional consumers will be identified through discovery.

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of such conflict.

                                                  Respectfully submitted,

Dated:  May 30, 2018                     /s/ Christopher J. Erickson
                                                  Evan M. Mendelson, Special Bar No. A5502430
                                                  Christopher J. Erickson, Special Bar No. A5502434
                                                  Brian M. Welke, Special Bar No. A5502432
                                                  Federal Trade Commission
                                                  600 Pennsylvania Ave. NW
                                                  Mailstop CC-9528
                                                  Washington, DC 20580
                                                  (202) 326-3320; emendelson@ftc.gov
                                                  (202) 326-3671; cerickson@ftc.gov
                                                  (202) 326-2897; bwelke@ftc.gov
                                                  Fax: (202) 326-3197
                                                  Attorneys for Plaintiff
                                                  FEDERAL TRADE COMMISSION

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 30, 2018, a true and correct copy of the foregoing was served on counsel for the parties identified below. The foregoing was served via an electronic copy through CM/ECF or via email to counsel who have not yet entered an appearance.

Andrew N. Cove
Cove Law
225 South 21st Avenue
Hollywood, FL 33020
Phone: (954) 921-1121
Fax: (954) 921-1621
anc@covelaw.com
*Counsel for Defendants Justin Ramsey and Dustin Pillonato (via email)*

Aaron M. Cohen
Aaron M. Cohen, PA
Grand Bahamas Professional Park
955 NW 17th Ave. Bldg. D
Delray Beach, FL 33445
Phone: (561) 665-8020
Fax: (561) 665-8021
amc@aaronmcohenpa.com
*Counsel for Defendants Steffan Molina and Perfect Image Online LLC (via email)*

Mitchell N. Roth
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive
Suite 820
McLean, VA 22102
Phone: (703) 485-3535
Fax: (703) 485-3523
mroth@rothjackson.com
*Counsel for Defendants Justin Ramsey and Dustin Pillonato (via email)*

Kenneth Joseph Ronan
Lavalle Brown & Ronan, P.A.
750 South Dixie Highway
Boca Raton, FL 33432
Phone: (561) 395-0000
Fax: (561) 395-9093
kenronan@lavallebrown.com
*Counsel for Defendants Michael Pocker, Modern Spotlight LLC, and Modern Spotlight Group LLC (via CM/ECF)*

Chad Gottlieb
DarrowEverett LLP
101 NE Third Avenue, Suite 1500
Fort Lauderdale, FL 33301
Phone: (954) 278-8355
Fax: (401) 453-1201
CGottlieb@DarrowEverett.com
*Counsel for Defendant Ricardo Diaz (via CM/ECF)*

Gregory M. Garno
Theresa Van Vliet
Jesus M. Suarez
Maxine K. Streeter
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, FL 33131
Phone: (305) 249-2300
Fax: (305) 349-2310
ggarno@gjb-law.com
tvanvliet@gjb-law.com
jsuarez@gjb-law.com
mstreeter@gjb-law.com
*Counsel for Temporary Receiver Jonathan Perlman (via email)*

I further certify that, on May 30, 2018, a true and correct copy of the foregoing was also served on the parties listed below, which to the best of my knowledge are unrepresented by counsel, by the method indicated below:

4

Defendant DCP Marketing, LLC
c/o Mitchell N. Roth (via email)
(counsel for Registered Agent
Dustin Pillonato)
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive
Suite 820
McLean, VA 22102
Phone:  (703) 485-3535
Fax:  (703) 485-3523
mroth@rothjackson.com

Defendant Modern Source Media, LLC
c/o Mitchell N. Roth (via email)
(counsel for Registered Agent
Dustin Pillonato)
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive
Suite 820
McLean, VA 22102
Phone:  (703) 485-3535
Fax:  (703) 485-3523
mroth@rothjackson.com

Defendant Modern Internet Marketing LLC
c/o Registered Agent Sean Pocker
(via U.S. Mail)
2400 SW 19th Ave., Apt. 135
Boynton Beach, FL 33426

Defendant Pointbreak Media, LLC
c/o Gregory M. Garno (via email)
(counsel for Temporary
Receiver Jonathan Perlman)
100 S.E. Second Street, 44th Floor
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, FL 33131
Phone:  (305) 249-2300
Fax:  (305) 349-2310
ggarno@gjb-law.com

Defendant Aaron Michael Jones
(via U.S. mail)
66 Hawking
Irvine, CA 92618

 

/s/ Christopher J. Erickson
Christopher J. Erickson