UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61017-CIV-ALTONAGA/Seltzer

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

POINTBREAK MEDIA, LLC, *et al.*,

    Defendants.

## FTC'S NOTICE OF ENTRY OF PARTIES

The Federal Trade Commission ("FTC") files this notice in response to the Clerk's Notice (ECF No. 44) with regard to the FTC's Certificate of Interested Parties and Corporate Disclosure Statement (ECF No. 43).

As stated in the FTC's Certificate of Interested Parties and Corporate Disclosure Statement, the below persons, although not parties to the case, have a financial interest in the outcome of this case because they are victims of conduct alleged to be wrongful:

1. Yael Swerdlow;
2. Andy Frazier;
3. Angela Lewis;
4. Hilarie Blaney;
5. Adam Davidson;
6. Patricia Rodgers;
7. Robert Beattie;

1

8. Michael Damm; and

9. Lori Giese.

                                              Respectfully submitted,

Dated: June 1, 2018            /s/ Christopher J. Erickson
Evan M. Mendelson, Special Bar No. A5502430
Christopher J. Erickson, Special Bar No. A5502434
Brian M. Welke, Special Bar No. A5502432
Federal Trade Commission
600 Pennsylvania Ave. NW
Mailstop CC-9528
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-3671; cerickson@ftc.gov
(202) 326-2897; bwelke@ftc.gov
Fax: (202) 326-3197
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that, on June 1, 2018, a true and correct copy of the foregoing was served on counsel for the parties identified below. The foregoing was served via an electronic copy through CM/ECF or via email to counsel who have not yet entered an appearance.

Andrew N. Cove
Cove Law
225 South 21st Avenue
Hollywood, FL 33020
Phone: (954) 921-1121
Fax: (954) 921-1621
anc@covelaw.com
*Counsel for Defendants Justin Ramsey and Dustin Pillonato (via email)*

Aaron M. Cohen
Aaron M. Cohen, PA
Grand Bahamas Professional Park
955 NW 17th Ave. Bldg. D
Delray Beach, FL 33445
Phone: (561) 665-8020
Fax: (561) 665-8021
amc@aaronmcohenpa.com
*Counsel for Defendants Steffan Molina and Perfect Image Online LLC (via email)*

Mitchell N. Roth
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive
Suite 820
McLean, VA 22102
Phone: (703) 485-3535
Fax: (703) 485-3523
mroth@rothjackson.com
*Counsel for Defendants Justin Ramsey and Dustin Pillonato (via email)*

Kenneth Joseph Ronan
Lavalle Brown & Ronan, P.A.
750 South Dixie Highway
Boca Raton, FL 33432
Phone: (561) 395-0000
Fax: (561) 395-9093
kenronan@lavallebrown.com
*Counsel for Defendants Michael Pocker, Modern Spotlight LLC, Modern Internet Marketing LLC, and Modern Spotlight Group LLC (via CM/ECF)*

Chad Gottlieb
DarrowEverett LLP
101 NE Third Avenue, Suite 1500
Fort Lauderdale, FL 33301
Phone: (954) 278-8355
Fax: (401) 453-1201
CGottlieb@DarrowEverett.com
*Counsel for Defendant Ricardo Diaz (via CM/ECF)*

Gregory M. Garno
Theresa Van Vliet
Jesus M. Suarez
Maxine K. Streeter
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, FL 33131
Phone: (305) 249-2300
Fax: (305) 349-2310
ggarno@gjb-law.com
tvanvliet@gjb-law.com
jsuarez@gjb-law.com
mstreeter@gjb-law.com
*Counsel for Temporary Receiver Jonathan Perlman (via email)*

I further certify that, on June 1, 2018, a true and correct copy of the foregoing was also served on the parties listed below, which to the best of my knowledge are unrepresented by counsel, by the method indicated below:

3

| | |
|---|---|
| Defendant DCP Marketing, LLC<br>c/o Mitchell N. Roth (via email)<br>(counsel for Registered Agent<br>Dustin Pillonato)<br>Roth Jackson Gibbons Condlin, PLC<br>8200 Greensboro Drive<br>Suite 820<br>McLean, VA 22102<br>Phone: (703) 485-3535<br>Fax: (703) 485-3523<br>mroth@rothjackson.com | Defendant Pointbreak Media, LLC<br>c/o Gregory M. Garno (via email)<br>(counsel for Temporary<br>Receiver Jonathan Perlman)<br>100 S.E. Second Street, 44th Floor<br>Genovese Joblove & Battista, P.A.<br>100 S.E. Second Street, 44th Floor<br>Miami, FL 33131<br>Phone: (305) 249-2300<br>Fax: (305) 349-2310<br>ggarno@gjb-law.com |
| Defendant Modern Source Media, LLC<br>c/o Mitchell N. Roth (via email)<br>(counsel for Registered Agent<br>Dustin Pillonato)<br>Roth Jackson Gibbons Condlin, PLC<br>8200 Greensboro Drive<br>Suite 820<br>McLean, VA 22102<br>Phone: (703) 485-3535<br>Fax: (703) 485-3523<br>mroth@rothjackson.com | Defendant Aaron Michael Jones<br>(via U.S. mail)<br>66 Hawking<br>Irvine, CA 92618 |

/s/ Christopher J. Erickson
Christopher J. Erickson