# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

FEDERAL TRADE COMMISSION

PLAINTIFF(S)

v.

POINTBREAK MEDIA, LLC, et al.,

DEFENDANT(S).

CASE NUMBER
0:18–cv–61017–CMA

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Pointbreak Media JJC.**

as of course, on the date June 28, 2018.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Jeffrey Adams*
Deputy Clerk

cc:  Judge Cecilia M. Altonaga
    Federal Trade Commission

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)