# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61017-CIV-ALTONAGA/McAliley

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

POINTBREAK MEDIA, LLC, *et al.*,

    Defendants.

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ENTRY OF STIPULATED ORDERS AGAINST RELIEF DEFENDANTS

Plaintiff Federal Trade Commission and Relief Defendants Stephanie Watt and Jennefer Ramsey (collectively, the "Settling Parties") have reached a settlement in this case. Attached for review and entry by the Court are two proposed Stipulated Orders: (1) Stipulated Order of Permanent Injunction and Monetary Judgment as to Relief Defendant Stephanie Watt; and (2) Permanent Injunction and Monetary Judgment as to Relief Defendant Jennefer Ramsey. The Settling Parties respectfully request that the Court entered the proposed Stipulated Orders against these defendants.

Dated:  April 4, 2019

                                             Respectfully submitted,

| | |
|---|---|
| /s/ Andrew N. Cove | /s/ Christopher J. Erickson |
| Andrew N. Cove | Evan M. Mendelson, Special Bar No. A5502430 |
| Cove Law | Christopher J. Erickson, Special Bar No. A5502434 |
| 225 South 21st Avenue | Brian M. Welke, Special Bar No. A5502432 |
| Hollywood, FL 33020 | Federal Trade Commission |
| Phone:  (954) 921-1121 | 600 Pennsylvania Ave. NW |
| Fax:  (954) 921-1621 | Mailstop CC-9528 |
| anc@covelaw.com | Washington, DC 20580 |
| *Counsel for Relief Defendants* | (202) 326-3320; emendelson@ftc.gov |
| *Stephanie Watt and Jennefer Ramsey* | (202) 326-3671; cerickson@ftc.gov |
| | (202) 326-2897; bwelke@ftc.gov |
| /s/ Mitchell N. Roth | Fax: (202) 326-3197 |
| Mitchell N. Roth | Attorneys for Plaintiff |
| Roth Jackson Gibbons Condlin, PLC | FEDERAL TRADE COMMISSION |
| 8200 Greensboro Drive | |
| Suite 820 | |
| McLean, VA 22102 | |
| Phone:  (703) 485-3535 | |
| Fax:  (703) 485-3523 | |
| mroth@rothjackson.com | |
| *Counsel for Relief Defendants* | |
| *Stephanie Watt and Jennefer Ramsey* | |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 4, 2019, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List, via the method indicated below.

/s/ Christopher J. Erickson
Christopher J. Erickson

## Service List

Andrew N. Cove
Cove Law
225 South 21st Avenue
Hollywood, FL 33020
Phone:  (954) 921-1121
Fax:  (954) 921-1621
anc@covelaw.com
*Counsel for Relief Defendants Jennefer Ramsey and Stephanie Watt (via CM/ECF)*

Aaron M. Cohen
Aaron M. Cohen, PA
Grand Bahamas Professional Park
955 NW 17th Ave. Bldg. D
Delray Beach, FL 33445
Phone: (561) 665-8020
Fax:  (561) 665-8021
amc@aaronmcohenpa.com
*Counsel for Defendants Steffan Molina, Perfect Image Online LLC, and Pinnacle Presence LLC (via CM/ECF)*

Gregory M. Garno
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, FL 33131
Phone:  (305) 249-2300
Fax:  (305) 349-2310
ggarno@gjb-law.com
*Counsel for Receiver Jonathan Perlman (via CM/ECF)*

Dustin Pillonato *(via email)*
7411 Bristol Lane
Parkland, FL 33067
pillonatodc@gmail.com

Chad Gottlieb
DarrowEverett LLP
101 NE Third Avenue, Suite 1500
Fort Lauderdale, FL 33301
Phone: (954) 278-8355
Fax: (401) 453-1201
CGottlieb@DarrowEverett.com
*Counsel for Defendant Ricardo Diaz (via CM/ECF)*

Kenneth Joseph Ronan
Lavalle Brown & Ronan, P.A.
750 South Dixie Highway
Boca Raton, FL 33432
Phone:  (561) 395-0000
Fax:  (561) 395-9093
kenronan@lavallebrown.com
*Counsel for Defendants Michael Pocker, Modern Spotlight LLC, Modern Internet Marketing LLC, and Modern Spotlight Group LLC (via CM/ECF)*

Mitchell N. Roth
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive, Suite 820
McLean, VA 22102
Phone:  (703) 485-3535
Fax:  (703) 485-3523
mroth@rothjackson.com
*Counsel for Relief Defendants Jennefer Ramsey and Stephanie Watt (via CM/ECF)*

Justin Ramsey *(via email)*
19149 Skyridge Circle
Boca Raton, FL 33498
jramsey9799@gmail.com