UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61017-CIV-ALTONAGA/Seltzer

**FEDERAL TRADE COMMISSION**,

      Plaintiff,

v.

**POINTBREAK MEDIA, LLC**, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Federal Trade Commission, and *pro se* Defendant, Daniel Carver's Joint Motion to Set Aside Entry of Default [ECF No. 259], filed April 4, 2019. The parties ask the Court to set aside the Clerk's Default [ECF No. 159] entered against Mr. Carver for his failure to respond to the Amended Complaint [ECF No. 109]. (*See generally* Mot.). The parties have agreed to a Proposed Final Order (*see* [ECF No. 259-2) resolving Plaintiff's claims against Mr. Carver.

The Court agrees good cause exists under Federal Rule of Civil Procedure 55(c) to set aside the default entered against Mr. Carver.

Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Motion **[ECF No. 259]** is **GRANTED**. The Clerk's Default **[ECF No. 159]** against Defendant, Daniel Carver, is **SET ASIDE**. The Court will enter the Stipulated Order of Permanent Injunction and Monetary Judgment (*see* **[ECF No. 259-2]**) by separate order.

CASE NO. 18-61017-CIV-ALTONAGA/Seltzer

**DONE AND ORDERED** in Miami, Florida, this 5th day of April, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Daniel Carver (*pro se*)