UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61017-CIV-ALTONAGA/Seltzer

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

v.

**POINTBREAK MEDIA, LLC**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Because this case involves multiple Defendants and allegations of joint and several liability, Plaintiff has been required to wait until liability against all appearing Defendants was determined before moving for final default judgment against the defaulting Defendants. It appears all named Defendants have either settled, are in default, or have had summary judgment entered against them. Now that a liability finding has been made in Plaintiff's favor against all appearing Defendants, Plaintiff may move for default final judgment against the defaulted Defendants.

To better manage the orderly conclusion of the case, it is

**ORDERED AND ADJUDGED** as follows:

1. By **April 8, 2019**, Plaintiff shall file a *motion for default final judgment* as to all defaulted Defendants. The *motion for default final judgment* must include affidavits of any sum certain due by Defendants, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The *motion* shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. section 3931(b), if applicable; (2) a proposed order; and (3) a proposed final judgment. (These last two are required

CASE NO. 18-61017-CIV-ALTONAGA/Seltzer

by Local Rule 7.1(a)(2).). In accordance with the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format**. Plaintiff shall send copies of the *motion* to Defendants' counsel, or to Defendants if they do not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent to Defendants and the address or addresses where notice was sent. If Defendants fail to move to set aside the Clerk's Default or respond to the Motion for Default Final Judgment within the time permitted by the Rules, default final judgment may be entered, which, simply put, means Plaintiff may be able to take Defendants' property or money, and/or obtain other relief against Defendants.

2. By **April 8, 2019**, Plaintiff shall also re-submit all final proposed orders against the appearing Defendants, either agreed to at settlement negotiations or approved by the Court at summary judgment. Plaintiff shall send the proposed orders to the Court in Word format.

**DONE AND ORDERED** in Miami, Florida, this 5th day of April, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record
      Defendants (*pro se*)